UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                        CIVIL NO.  5:11CV117 DCB-PHW

MARKUS BRENT STANLEY,

    Defendant.

ORDER ON
UNOPPOSED MOTION FOR STAY AND RESULTANT
EXTENSION OF TIME ALLOWED THE UNITED STATES
TO RESPOND TO DEFENDANT'S MOTION FOR STAY OF JUDGMENT

    IN CONSIDERATION of the Unopposed Motion for Stay and Resultant Extension of Time Allowed the United States to Respond to Defendant's Motion for Stay of Judgment (Doc. 98) and for good cause shown therein, it is hereby

    ORDERED that this case be and hereby is stayed and that, consequently, the time allowed the United States to file its response to the Defendant's Motion for Stay of Judgment and Injunction Pending Appeal and Request for Waiver of Bond be and hereby is extended from October 11, 2013, for the period from October 1, 2013, forward during which counsel for the Tax Division of the Department of Justice is not permitted to work due to the lapse in appropriations for the Department; and it is

FURTHER ORDERED that, upon restoration of such appropriations, counsel for the Tax Division is directed to file of record promptly a Notice confirming the duration of the lapse and the resultant length of the extension beyond October 11, 2013, of the period allowed the United States to to file its response to Defendant's Motion for Stay.

DONE and ORDERED in Natchez, Mississippi, this  11th   day of October, 2013.

s/David Bramlette<br>HONORABLE DAVID BRAMLETTE, III<br>United States District Judge